Order entered October 31, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-00893-CV
_____

**TEXAS MUTUAL INSURANCE COMPANY & GLORIA WILLIAMS, Appellant**

**V.**

**JEFF PALMER, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-08017-D**

## ORDER

The Court has before it appellants' October 25, 2012 second unopposed motion for extension of time to file appellants' brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by November 10, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

_____
MOLLY FRANCIS
JUSTICE